IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| LASHANYA RENA ISRAEL | ) | CASE NO. 4-08-18954-EWH |
| | ) | |
| Debtor(s). | ) | **APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |

Stanley J. Kartchner, Trustee, reports that the following dividend check(s) have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 1 | **AES/DDB**<br>**P O BOX 8183**<br>**HARRISBURG PA 17102-9972** | **$70,866.45** | **$1,510.65** |

_____7/27/10_____  /s/ SJK_____
　　　　　Date　　　　　　　　　Stanley J. Kartchner, Trustee